UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

MICHAEL ROBERTS, GEORGE ROBERTS and
SHIRLE ROBERTS,

                      Plaintiffs,

v.                                       Civil Action No: 12-CV-01168

MERCANTILE ADJUSTMENT BUREAU, LLC,

                      Defendant.

---

## STIPULATION OF DISCONTINUANCE

**IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned, the attorneys of record for all parties to the above entitled action, that whereas no party hereto is an infant, incompetent person for whom a committee has been appointed or conservatee, and no person not a party has an interest in the subject matter of the action, the above entitled action be, and the same hereby is discontinued with prejudice.

DATED: 6-5-13

*[signature]*

Seth J. Andrews, Esq.
Law Offices of Kenneth Hiller
*Attorneys for Plaintiff*
6000 North Bailey Avenue, Suite 1A
Amherst, New York 14226
Phone: (716) 564-3288

DATED: 6/3/13

*[signature]*

Mr. Michael Del Valle, Esq.
Sessions, Fishman, Nathan & Israel of New York, LLC
*Attorneys for Defendant*
130 John Muir Drive, Suite 106
Amherst, NY 14228
Phone: (716) 625-7492